NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY CO. *v.* HENRY.

BECK, P. J. The controlling question in this case falls within the ruling made in *Nashville, Chattanooga & St. Louis Ry. Co.* v. *Cook*, ante, 196; and the judgment of the Court of Appeals is

*Affirmed. All the Justices concur.*